IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL ACTION |
| v. : | No. 2:13-cr-00039-6 |
| MARK A. BRUNO : | |

### ORDER

**AND NOW,** this 6th day of May, 2014, upon consideration of Defendant Mark A. Bruno's Motion to Dismiss (Doc. No. 86), the Government's Response in Opposition (Doc. No. 150), and the arguments made during the hearing conducted on April 28, 2014, it is hereby **ORDERED** that the Motion is **DENIED**.

**IT IS FURTHER ORDERED** that Bruno's request to strike the J.M. allegations from the Indictment is **DENIED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE