IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 13-39-06 |
| MARK A. BRUNO | : | |

# JUDGMENT OF ACQUITTAL

AND NOW, this 14th day of August, 2014, after a jury trial in open court on July 23rd, 2014, with the counsel for the government, the defendant and defense counsel present, the jury has returned its verdict, finding the defendant not guilty as to: <u>Counts 1, 4 and 54.</u>

**AND IT IS THEREFORE ORDERED** that Judgment in accordance with the above finding is hereby entered pursuant to Rule 32(b), Federal Rules of Criminal Procedure.

BY THE COURT:

s/: Lawrence F. Stengel, J.___
LAWRENCE F. STENGEL, J.

cc:  U.S. Marshal
     Probation Office
     Counsel

 7/28/2014      LLB
   Date      By Whom